```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 08-61344-Civ-UNGARO
                                    MAGISTRATE P. A. WHITE
DONALD EDWARD JOHNSON,        :

       Plaintiff,             :

v.                            :     REPORT THAT CASE IS
                                      READY FOR TRIAL
ADAM LERNER, and RALPH SAVAIN,:

       Defendants.            :
_____
```

In this *pro se* civil rights action pursuant to 42 U.S.C. §1983, a separate Report has been entered this date recommending, for reasons stated therein, that defendants' Motion for Summary Judgment (DE#31) be Granted, in part, and Denied, in part.

The Report, with recommendations for disposition of the defendants' joint motion for summary judgment, recommends that the defendant Miramar police Detective Savain is entitled to qualified immunity, and that all claims against him be summarily dismissed. The Report also recommends that as to claims that the defendant Miramar police Officer Lerner used excessive force against the plaintiff Johnson by kicking him while he was handcuffed at the scene of his apprehension, and later used excessive force against Johnson by striking him with a flashlight while he was handcuffed and seated in a police car, summary judgment be denied, because there exist genuine issues of material fact regarding the nature and extent of force used. The Report further recommends that the plaintiff not be allowed to proceed on a separate use of force claim, alleging that Lerner punched him in the mouth while he was seated in the police car, because the claim was untimely raised by the plaintiff for the first time in his pretrial statement.

The plaintiff and defendants have filed their unilateral pretrial statements (DE#s 34 and 35, respectively). The case is otherwise now at issue; and the parties have not consented to trial before a Magistrate Judge pursuant to 28 U.S.C. §636©. The undersigned respectfully recommends that this case be placed on the trial calendar of the District Judge.

Dated: August 27th, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   The Honorable Ursula Ungaro,
          United States District Judge

      Donald Johnson, <u>Pro Se</u>
      DC#B07125
      Dade Correctional Institution
      19000 S.W. 377th Street
      Florida City, FL 33034-6499


      Daniel L. Abbott, Esquire
      WEISS SEROTA HELFMAN PASTORIZA
           COLE & HONISKE, P.L.
      200 E. Broward Blvd., Suite 1900
      Fort Lauderdale, FL 33301