UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA

CASE NO. 08-61344-CIV-UNGARO/WHITE

DONALD EDWARD JOHNSON,
    Plaintiff,

v.

ADAM LERNER, AND RALPH SAVAIN,
    Defendants.
_____/

### ORDER AFFIRMING THE MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Defendant's joint motion for summary judgment. (D.E. 31.)  By way of background, Plaintiff filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 seeking damages for excessive force applied upon him by Miramar Police Department ("MPD") officers during his apprehension and arrest for the rape of a minor, on February 25, 2008.  Plaintiff also alleges that later on the day of his arrest he was subjected to further brutality and other abuse when he was seated inside a police car parked behind the MPD station, after he was released from the hospital where had been taken for treatment for injuries sustained earlier during his arrest.  The matter was referred to Magistrate Judge Patrick A. White for adjudication. At this time the case remains pending against two MPD defendants: Officer Adam Lerner and Detective Ralph Savain who filed the present joint motion for summary judgment.[1]

The Magistrate judge issued a Report recommending that Defendant's joint motion for summary judgment be granted in part as to all claims against the Defendant Detective Savain; (2)

---

[1] The Court issued a prior Order of partial dismissal, dismissing Plaintiff's claims against the City of Miramar Beach Police Department.  (*See* D.E. 6, 9.)

that Defendants' joint motion for summary judgment be denied in part as to the claim that Defendant Officer Lerner used excessive force against Plaintiff while he was on the floor of his house; and (3) that Plaintiff not be permitted to proceed on the allegation that while he was seated in a police car parked behind the MPD station on the day of his arrest, he was struck in the mouth by Officer Lerner, thereby reopening lip wounds that a doctor had treated with stitches earlier that day because the allegation, pled for the first time in his pre-trial statement, constitutes a new, separate and untimely claim. The matter is ripe for disposition and no objections to the Magistrate Judge's Report have been filed. Having conducted a *de novo* review of the record, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED AFFIRMED AND ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida this 29th day of September 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Donald Edward Johnson, *pro se*
    Magistrate Judge Patrick A. White